USCA1 Opinion

 

 [NOT FOR PUBLICATION] United States Court of Appeals For the First Circuit ____________________ No. 97-1934 WILLIAM J. POLIS, Plaintiff - Appellant, v. WILLIAM WELD, ET AL., Defendants - Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Joseph L. Tauro, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Boudin and Stahl, Circuit Judges. ______________ _____________________ Paul S. Hughes for appellant. ______________ Lucy A. Wall, Assistant Attorney General, with whom Scott _____________ _____ Harshbarger, Attorney General, was on brief for appellee. ___________ ____________________ December 18, 1997 ____________________ Per Curiam. After full consideration of the parties' Per Curiam ___________ briefs and the record provided for our review, we conclude that the district court properly granted the defendant-appellees' motion to dismiss under Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief could be granted. We reach this conclusion substantially for the reasons stated by the district court. Affirmed. See 1st Cir. Loc. R. 27.1. Costs to ________ ___ appellees. Fed. R. App. P. 39(a). -2-